**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLLIN DAVIS,<br><br>       Petitioner,<br><br>  v.<br><br>DARRELL ADAMS, Warden,<br><br>       Respondent. | NO. CV 10-9861-AHM(E)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Claim Two is denied and dismissed with prejudice and Petitioner's request for a stay is denied as moot.

    IT IS FURTHER ORDERED that, within thirty (30) days of the date of this Order, Respondent shall file a Supplemental Answer addressing both the merits of Claim One and Respondent's contention that Claim

1  One is procedurally defaulted.  Petitioner may file a Reply to the
2  Supplemental Answer within fifteen (15) days of the date the
3  Supplemental Answer is filed.
4
5      IT IS FURTHER ORDERED that the Clerk serve copies of this Order
6  and the Magistrate Judge's Report and Recommendation by United States
7  mail on Petitioner and all counsel of record.
8
9      DATED: 4/4/11.

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

2