**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| COLLIN DAVIS, | ) | NO. CV 10-9861-AHM(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| DARRELL ADAMS, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | ) | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered: (1) denying and dismissing Claim One of the Petition with prejudice; and (2) dismissing the action with prejudice.

///

///

///

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2   the Magistrate Judge's Report and Recommendation and the Judgment
3   herein on Petitioner, Petitioner's counsel, and counsel for
4   Respondent.

6        LET JUDGMENT BE ENTERED ACCORDINGLY.

8        DATED: January 19, 2012

                                   _____
                                          A. HOWARD MATZ
                                   UNITED STATES DISTRICT JUDGE