**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| COLLIN DAVIS, | ) | NO. CV 10-9861-AHM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DARRELL ADAMS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Claim One is denied and dismissed with prejudice; and (2) the action is dismissed with prejudice.

DATED: January 19, 2012

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**